## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Nicole Osterman, being first duly sworn, do here by depose and state that:

## BACKGROUND

1. I am a Special Agent with Homeland Security Investigations (HSI), Immigration and Customs Enforcement, United States Department of Homeland Security, and have been so employed since April 2023. Prior to HSI, I was employed by United States Customs and Border Protection as a Customs and Border Protection Officer from the years 2019 to 2023. I am an investigative law enforcement officer of the United States who is empowered to conduct investigations of or to make arrests for offenses enumerated in Title 18, United States Code, Section 2516, and Title 21, United States Code Section 841 offenses. As a Special Agent, my responsibilities include conducting investigations of the alleged manufacture, distribution and possession of controlled substances, importation of controlled substances, smuggling of goods into the United States, firearm's violations, crimes against children, and other federal offenses. As a Special Agent, my responsibilities include conducting investigations of alleged manufacturing, distribution or possession of controlled substances, importation of controlled substances, smuggling of goods into the United States, and related offenses.

2. I have attended the Criminal Investigators Training Program, and the United States Homeland Security Investigations Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia. I was trained in conducting investigations related to drug smuggling, interdiction, and distribution activities. I am currently assigned to the Fajardo office, where investigations commonly conducted are related to violations of Titles 8, 18, 19, 21 and 31 of the United States Code ("U.S.C").

3.  I have participated in narcotics investigations as the case agent. I have debriefed defendants, witnesses, and informants who had personal knowledge of major narcotics trafficking organizations. Additionally, I have participated in many aspects of narcotics investigations including conducting physical surveillance, writing and executing search warrants, and conducting arrests.

4.  Based on my training, experience, and information from other investigators, I am familiar with narcotics traffickers' methods of operation including the distribution, storage, and transportation of narcotics, and the collection of money proceeds of narcotics trafficking.

5.  I am also familiar with methods employed by large narcotics organizations to thwart detection by law enforcement, including the use of vague and coded language, debit calling cards, cellular telephone technology, counter surveillance, false or fictitious identities, encrypted mobile applications, and encoded communications.

6.  I have received instruction and training and have participated in investigations involving drug trafficking organizations and the laundering of drug proceeds. I have used a variety of investigative techniques, including: interviews of informants and cooperating witnesses; physical surveillance; controlled drug purchases; analyzing telephone pen register and caller identification system data; and search and arrest warrants that have led to seizures of narcotics, firearms, and other contraband.

7.  Because this Affidavit is submitted for the limited purpose of establishing probable cause, I have not included all details of every aspect of this investigation. I have set forth only the facts that I believe are necessary to establish probable cause of the commission of federal crimes or offenses. I am thoroughly familiar with the information

contained in this Affidavit, either through personal investigation or discussions with other law enforcement officers involved in the investigation.

8. This affidavit is submitted in support of a criminal complaint charging Edmundo TORO COLON and Erick TORO ALVARADO with violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(ii) Possession with Intent to Distribute 5 kilos or more a Controlled Substance (Cocaine).

## **PROBABLE CAUSE**

9. On December 16, 2024, the Caribbean Air and Marine Operation Center (CAMOC) notified Customs and Border Protection St. Thomas Marine Unit of a marine track of interest transiting from St. Thomas, U.S. Virgin Islands to Culebra, Puerto Rico. St. Thomas Marine Unit was notified about this marine track of interest because it was taking a route that is commonly used to import illegal narcotics into Puerto Rico.

10. At approximately 9:15PM, St. Thomas Marine Unit intercepted the marine track of interest approximately 3 miles south of Culebra, Puerto Rico. The vessel was a twenty-four-foot, center console Mako Marine white in color with twin 275hp outboard engines. Onboard the vessel were three United States Citizens: Edmundo TORO COLON, Erick TORO ALVARADO and Davy RODRIGUEZ NEGRON.

11. St. Thomas Marine agents interviewed the three subjects on the vessel and they stated they were only visiting Culebra, Puerto Rico. Due to the marine CAMOC marine track indicating the vessel was traveling from St. Thomas, USVI and inconsistencies with their statements, the vessel and passengers were escorted to the FMU office located in Ceiba, Puerto Rico for further inspection.

12. At the FMU office, a Puerto Rico Police Bureau canine (Viki 34075) alerted positive to the presence of narcotics on the vessel. Upon opening the compartment door that led the center console, FMU agents discovered a black speaker box and a power drill. Upon further inspection of the speaker box, FMU agents observed brick shaped objects concealed inside. Based on my training and experience, this is consistent with the packaging of illegal narcotics. FMU agents cut open the bricks and observed what appeared to be a white powdery substance. A field test was conducted and tested positive for cocaine. Below is a photograph of the above-described brick shaped packages:




13. After the search inside of the vessel was complete, agents found a total of approximately 25 bricks of cocaine inside of the speaker box that was found in the center console of the vessel. These brick-shaped packages had a combined approximate weight of 27.5 Kilograms. Below is a photograph of the brick-shaped packages containing cocaine:



14.     Homeland Security Investigations (HSI) Fajardo then arrived to assist FMU. Upon arrival, Edmundo TORO COLON was read his *Miranda* rights in his native language of Spanish which he acknowledged, understood and agreed to speak with HSI agents. Also, upon arrival, Erick TORO ALVARADO was read his *Miranda* rights in his native language of Spanish which he acknowledged, understood and agreed to speak with

HSI agents. The following is a summary in substance and part of the interviews and should not be considered a verbatim transcript.

15. Erick TORO ALVARADO invoked his rights and did not provide a statement to Agents. The cellular device belonging to Erick TORO ALVARADO contained messages with a contact saved as "T" with conversations that took place on December 16, 2024. The following is a summary of the messages between Erick TORO ALAVARADO and "T".

>TORO ALVARADO:  Dime
>
>TORO ALVARADO: Que a pasado
>
>"T": en l espera
>
>"T": A ver lkwi tiene los 25 afidavit"

16. On a second cellular device also belonging to TORO ALVARADO, the following additional messages with a contact saved as "T" were found. The conversation also took place on December 16, 2024:

>TORO ALVARADO: De una
>
>TORO ALVARADO: Que dice el domi
>
>TORO ALVARADO: Kw nos va a dar vigilancia?
>
>"T": Na van a resolver con kwi los 25 completo si kwi lo trae

17. Based on my previous experience and training, it is common for narcotics traffickers to utilize drug slang code words when referencing narcotics in telephone message conversations.

18. Edmundo TORO COLON stated that on December 15, 2024, he departed Fajardo, Puerto Rico to Culebra, PR and traveled alone. TORO COLON stated that while

in Culebra, PR he found a bag with the narcotics hooked on mangrove trees. TORO COLON stated he then took the narcotics and proceeded to place them inside of the speaker box. TORO COLON stated he later placed the speaker box inside of the center console of the twenty-four-foot, Mako Marine vessel. TORO COLON stated that on December 15, 2024, he returned to Villa Marina, Fajardo, PR where he left the drugs overnight inside the vessel.

19. Edmundo TORO COLON stated that the following day on December 16, 2024, he departed Fajardo, Puerto Rico with Erick TORO ALVARADO and Davy RODRIGUEZ NEGRON. TORO COLON stated he was the captain of the vessel for their trip. TORO COLON stated they traveled to Culebra, PR to conduct mechanical work near Zoni beach in Culebra, PR.

20. Edmundo TORO COLON stated that Erick TORO ALVARADO is his nephew who resides with him and Davy RODRIGUEZ NEGRON is a family acquaintance.

21. Agents conducted system checks on the vessel with registration PR-7261-BB. Record checks displayed the vessel owner as Neysha Pagan Acosta. Edmundo TORO COLON stated Neysha is his girlfriend and the vessel was purchased approximately three years ago.

22. Based on my training, and experience, I know it is common for narcotics traffickers to use third-party or fictious names in an effort to prevent detection by law enforcement. Further, based on my training and experience drug trafficking organizations do not entrust significant quantities of cocaine to individuals not intimately involved in

the organization's illicit activities. The amount of cocaine seized in this incident has an estimated value in excess of three hundred fifty thousand dollars.

## **CONCLUSION**

21. I believe there is probable cause to believe that Edmundo TORO COLON, and Erick TORO ALVARADO committed a federal felony offense violation of 21 U.S.C. § 841(a)(1) & (b)(1)(A)(ii) Possession with Intent to Distribute 5 kilos or more of a Controlled Substance (Cocaine).

NICOLE A OSTERMAN
Digitally signed by NICOLE A OSTERMAN
Date: 2024.12.17 12:11:18 -04'00'

Nicole Osterman
Special Agent
Homeland Security Investigations

Sworn in accordance with the requirement of Fed. R. Crim. P. 4.1. by telephone at 2:10 p.m. on December 17, 2024, in the District of Puerto Rico.

Digitally signed by Hon. Giselle López-Soler

Hon. Giselle López-Soler
U.S. Magistrate Judge
District of Puerto Rico